IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE ALEXANDER,**<br><br>             Plaintiff,<br><br>      v.<br><br>**KNUCLES, et al.,**<br><br>             Defendant. | Case No. C 13-4228 SBA (PR)<br><br>**[PROPOSED]** ORDER GRANTING MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

    Defendants M. Thomas, M. Barroso and K. Nuckles (Defendants) filed a request for an extension of time of sixty days, up to and including November 4, 2014, to file a motion for summary judgment or other dispositive motion.

    The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED. The time for Defendants to file a motion for summary judgment or other dispositive motion is extended for sixty days through November 4, 2014. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than twenty-eight days from the date the dispositive motion is filed.

/ / /

/ / /

1

1  A reply brief shall be filed and served upon Plaintiff no later than fourteen days after
2  Plaintiff's opposition is filed.
3  IT IS SO ORDERED.
4
5
6  Dated: _____8/25/2014_____                    _____
                                                   The Honorable Saundra B. Armstrong
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28