IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE ALEXANDER,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**KRISTI N. KNUCLES, et al.,**<br><br>                                    Defendant. | Case No. C 13-4228 SBA (PR)<br><br>**ORDER GRANTING MOTION FOR A SECOND EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

    Defendants M. Thomas, M. Barroso, and K. Knucles ("Defendants") filed a request for a second extension of time of sixty-two days, up to and including January 5, 2015, to file a motion for summary judgment or other dispositive motion.

    The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for a second extension of time is GRANTED. The time for Defendants to file a motion for summary judgment or other dispositive motion is extended for sixty-two days through **January 5, 2015**. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than **twenty-eight (28) days** from the date the dispositive motion is filed.

    A reply brief shall be filed and served upon Plaintiff no later than **fourteen (14) days** after Plaintiff's opposition is filed.

    IT IS SO ORDERED.

Dated: October 30, 2014

                                                  *SAUNDRA BROWN ARMSTRONG*
                                                  United States District Judge