IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE ALEXANDER,**<br><br>Plaintiff,<br><br>v.<br><br>**KNUCLES, et al.,**<br><br>Defendant. | Case No. C 13-4228 SBA (PR)<br><br>**ORDER GRANTING MOTION FOR A THIRD EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

   Defendants M. Thomas, M. Barroso, and K. Nuckles ("Defendants") filed a request for an extension of time of seven days, up to and including January 12, 2015, to file a motion for summary judgment or other dispositive motion.

   The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED. The time for Defendants to file a motion for summary judgment or other dispositive motion is extended by seven days through **January 12, 2015**. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than **twenty-eight (28) days** from the date the dispositive motion is filed.

/ / /

/ / /

1

1  A reply shall be filed and served upon Plaintiff no later than **fourteen (14) days** after
2  Plaintiff's opposition is filed.
3  IT IS SO ORDERED.

Dated:  12/22/2014

_____
The Honorable Saundra B. Armstrong

P:\PRO-SE\SBA\CR.13\Alexander4228.3rdEOT-msj.doc

2